PER CURIAM.
 

 We have for review
 
 K.C. Cromwell, Inc. v. Pollard,
 
 974 So.2d 420 (Fla. 2d DCA 2007), in which the Second District Court of Appeal declared that section 448.24(l)(b), Florida Statutes (2000-2003), was unconstitutionally vague. In so holding, the Second District explicitly agreed with and adopted the rationale of the Fourth District Court of Appeal in
 
 Liner v. Workers Temporary Staffing, Inc.,
 
 962 So.2d 344 (Fla. 4th DCA 2007)
 
 (“Liner I
 
 ”),
 
 rev’d,
 
 990 So.2d 473 (Fla.2008). We have jurisdiction.
 
 See
 
 art. V, § 3(b)(1), Fla. Const.
 

 We stayed proceedings in the present case pending disposition of
 
 Liner v. Workers Temporary Staffing, Inc.,
 
 990 So.2d 473 (Fla.2008)
 
 (“Liner II”),
 
 in which we supplied a definite interpretation of the relevant statute and ultimately reversed the Fourth District’s decision in
 
 Liner I.
 
 Once
 
 Liner II
 
 was final, we issued an order in the present case directing appel-lee to show cause why we should not summarily reverse and remand the decision on appeal for reconsideration in light of
 
 Liner II.
 
 Upon consideration of appellee’s response and appellant’s reply thereto, we have determined to so proceed.
 

 We therefore reverse the decision on appeal and remand to the Second District for reconsideration upon application of our decision in
 
 Liner II.
 

 It is so ordered.
 

 QUINCE, C.J., and PARIENTE, LEWIS, CANADY, POLSTON, LABARGA, and PERRY, JJ., concur.